UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD ANDERSON,

        Petitioner,

v.

STU SHERMAN,

        Respondent.

No. C 14-0458 EDL (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the Superior Court of Los Angeles County. *People v. Anderson*, 2013 WL 3814971 (Cal. App. 2 Dist., 2013). Los Angeles County is in the venue of the United States District Court for the Central District of California. Petitioner is incarcerated at the California State Prison at Corcoran, which is in the Eastern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in Los Angeles County, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: February 19, 2014.

                                              ELIZABETH D. LAPORTE
                                              United States Chief Magistrate Judge

G:\PRO-SE\EDL\HC.14\Anderson0458.trn.wpd