# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD ANDERSON, | ) | NO. CV 14-1791-SVW (MAN) |
|     Petitioner, | ) | JUDGMENT |
| v. | ) | |
| STU SHERMAN, | ) | |
|     Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 13, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE